**CITATION BY CERTIFIED MAIL** (TRC 106)

**THE STATE OF TEXAS**

Cause No: 21-CV-0426
405th District Court of Galveston County

JAMES ETHRIDGE VS. SAMSUNG SDI CO. LTD., ET AL

TO: **Firehouse Vapors, LLC.**
Registered Agent Sam C. Grizzaffi
852 Davis Road
League City, TX 77573

Defendant Greetings:

**NOTICE TO DEFENDANT: "You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the **405th District Court** of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **31st day of March, 2021** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of the petition accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **1st day of April, 2021.**

Issued at the request of
A Craig Eiland
Eiland & Bonnin PC
2200 Market Street Suite 501
Galveston TX 77550




**John D. Kinard,** District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

**SEE ATTACHED FORM** ***NOTE: Status Conference set: 07/01/2021***

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **4/1/2021**at **3:00 o'clock P. M.** and executed on the _______ day of _________________, 20_____, at _________ o'clock ___. M., by mailing the same to Firehouse Vapors, LLC., Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

**JOHN D. KINARD, District Clerk Galveston County, Texas**
Authorized Person

BY: ________________________________________, Deputy Clerk

| **Service Fee: $** | |
|---|---|
| **Certified Tracking Mail**<br>No. **9414 7266 9904 2170 8490 64** | **Place sticker here** |
| **Signed for on** | **Signed By:** |

EXHIBIT A-1

**This form has been revised due to the data provided on the OCA Civil Case Information Sheet that is required to be filed with every new suit. The OCA Civil Case Information Sheet is available on our website.**

## The District Courts of Galveston County, Texas Status Conference Notice

## Please calendar this event

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date: 07/01/2021 set in the 405th District Court**

| **Case Number:** | **21-CV-0426** |
|---|---|
| **Case Style: James Ethridge vs. Samsung SDI Co. Ltd., Et Al** | |

***Helpful Information:*** ***Please visit our website at http://www.galvestoncountytx.gov/dc***

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*E Juror- online juror registration*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

***JOHN D. KINARD, District Clerk, Galveston County, Texas***

***District Clerk Personnel proudly serving our customers, community, and supporting the Judiciary***

**CITATION BY CERTIFIED MAIL** (TRC 106)

**THE STATE OF TEXAS**

Cause No: 21-CV-0426
405th District Court of Galveston County

JAMES ETHRIDGE VS. SAMSUNG SDI CO. LTD., ET AL

TO: **Amazon.com Services, Inc.**
Registered Agent Corporation Service Company
300 Deschutes Way Southwest, Suite 304
Tumwater, WA 98501

Defendant Greetings:

**NOTICE TO DEFENDANT: "You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the **405th District Court** of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **31st day of March, 2021** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of the petition accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **1st day of April, 2021.**

Issued at the request of
A Craig Eiland
Eiland & Bonnin PC
2200 Market Street Suite 501
Galveston TX 77550




**John D. Kinard,** District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

**SEE ATTACHED FORM** ***NOTE: Status Conference set: 07/01/2021***

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **4/1/2021** at **3:00 o'clock P. M.** and executed on the _______ day of _________________, 20_____, at _________ o'clock ___. M., by mailing the same to Amazon.com Services, Inc., Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

**JOHN D. KINARD, District Clerk Galveston County, Texas**
Authorized Person

BY: ________________________________________, Deputy Clerk

| **Service Fee: $** | |
|---|---|
| **Certified Tracking Mail**<br><br>**No. 9414 7266 9904 2170 8490 71** | **Place sticker here** |
| **Signed for on** | **Signed By:** |

**EXHIBIT A-2**

**This form has been revised due to the data provided on the OCA Civil Case Information Sheet that is required to be filed with every new suit. The OCA Civil Case Information Sheet is available on our website.**

## The District Courts of Galveston County, Texas Status Conference Notice

### Please calendar this event

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date: 07/01/2021 set in the 405th District Court**

| **Case Number:** | **21-CV-0426** |
|---|---|
| **Case Style: James Ethridge vs. Samsung SDI Co. Ltd., Et Al** | |

***Helpful Information:*** ***Please visit our website at http://www.galvestoncountytx.gov/dc***

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*E Juror- online juror registration*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

***JOHN D. KINARD, District Clerk, Galveston County, Texas***

***District Clerk Personnel proudly serving our customers, community, and supporting the Judiciary***

2

**CITATION BY CERTIFIED MAIL** (TRC 106)

**THE STATE OF TEXAS**

JOHN D. KINARD
CLERK DISTRICT COURT
FILED
APR 19 2021
11:31 AM
BY GALVESTON COUNTY, TEXAS
DEPUTY

Cause No: 21-CV-0426
405th District Court of Galveston County

JAMES ETHRIDGE VS. SAMSUNG SDI CO. LTD., ET AL

TO: **Firehouse Vapors, LLC.**
Registered Agent Sam C. Grizzaffi
852 Davis Road
League City, TX 77573

Defendant Greetings:

**NOTICE TO DEFENDANT: "You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the **405th District Court** of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **31st day of March, 2021** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of the petition accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **1st day of April, 2021.**

Issued at the request of
A Craig Eiland
Eiland & Bonnin PC
2200 Market Street Suite 501
Galveston TX 77550




**John D. Kinard,** District Clerk
Galveston County, Texas

By: Robin Gerhardt
Robin Gerhardt, Deputy

**SEE ATTACHED FORM** ***NOTE: Status Conference set: 07/01/2021***

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the 4/1/2021at 3:00 **o'clock P. M.** and executed on the 7th day of April, 2021, at ________ o'clock ___. M., by mailing the same to Firehouse Vapors, LLC., Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

JOHN D. KINARD, District Clerk Galveston County, Texas

Authorized Person

BY: [signature], Deputy Clerk

| **Service Fee: $** | |
|---|---|
| **Certified Tracking Mail**<br>**No. 9414 7266 9904 2170 8490 64** | **Place sticker here**<br>Certified Article Number<br>9414 7266 9904 2170 8490 64<br>SENDER'S RECORD |
| **Signed for on** 4-7-21 | **Signed By:** C-19 |

21-CV-0426
DCCICMR
Citation by Certified Mail and Return
2178647

EXHIBIT A-3



Return Receipt (Form 3811) Barcode

9590 9266 9904 2170 8490 67

1. Article Addressed to:

Firehouse Vapors, LLC
Registered Agent Sam C. Grizzaffi
852 Davis Road
League City, TX 77573

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2170 8490 64

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X C-19
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4-7-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☒ Certified Mail Restricted Delivery

Reference Information

Cause No: 21-CV-0426

Robin Gerhardt

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt



USPS TRACKING #

9590 9266 9904 2170 8490 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service®

• Sender: Please print your name, address and ZIP+4® below •

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-9900

FILED
2021 APR 12 AM 11:31
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

# CITATION

**THE STATE OF TEXAS**

**JAMES ETHRIDGE VS. SAMSUNG SDI CO. LTD., ET AL**

**Cause No.: 21-CV-0426**
**405th District Court of Galveston County**

**TO: Samsung SDI Co. Ltd.**
**150-20 Gongse-ro Giheung-gu Yongin-si**
**Gyeonggi-do 17084**
**South Korea**
**Upon Whom Process of service may be had**
**in Accordance with the Hague Convention**

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **405th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **March 31, 2021**. It bears cause number **21-CV-0426** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 26th day of May, 2021.**

Issued at the request of:
A Craig Eiland
Eiland & Bonnin PC
2200 Market Street Suite 501
Galveston TX 77550




**John D. Kinard**, District Clerk
Galveston County, Texas

By Rolande Kain, Deputy

## The District Courts of Galveston County, Texas Status Conference Notice
## Please calendar this event

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date: 07/01/2021 set in the 405th District Court - Judge Jared Robinson**



# RETURN OF SERVICE

| **Case no. 21-CV-0426** | **In the 405th District Court** |
|---|---|
| **James Ethridge vs. Samsung SDI Co. Ltd., Et Al** | |

Come to hand on ______________________ at ______ o'clock _____.m., and executed in ________________________County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To: Samsung SDI Co. Ltd.**
**150-20 Gongse-ro Giheung-gu Yongin-si**
**Gyeonggi-do 17084**
**South Korea**

| **SERVED:** | | **ADDRESS/LOCATION** | |
|---|---|---|---|
| **DATE** | **TIME** | **PLACE, COURSE, AND DISTANCE FROM COURT HOUSE** | **MILEAGE** |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:______________________________________________________________________________

______________________________________________________________________________

| **FEES: Serving CITATION and copy $_____________**<br><br>**TOTAL FEES AND MILEAGE $** | **Mileage _______ miles @ $__________ per mile Total $___________** |
|---|---|

Signed on _____________day of ________________________, 20_________________________________________ **Officer**

________________________________________ **County, TX**

________________________________________ **Deputy /Officer Signature**

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c).**The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

**"My name is ____________________________________________________________, my date of birth is__________________**
**(First) (Middle) (Last)**

**And my address is _______________________________________________________________________________**
**Street, City, State, Zip, County**

**"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."**

**Executed in ____________________________, County, State of ______________________, on ________________________.**

| ______________________________________<br>**Declarant/Authorized Process Server Signature** | ______________________________________<br>**ID# and expiration of certification** |
|---|---|