Received 6/24/2021 2:19 PM
Envelope No. 54753423

CAUSE NO. 21-CV-0426

| | | |
|---|---|---|
| JAMES ETHRIDGE | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SAMSUNG SDI CO. LTD; AMAZON.COM, | § | |
| INC.; AMAZON.COM SERVICES, INC.; and | § | |
| FIREHOUSE VAPORS, LLC; | § | |
| *Defendants.* | § | 405TH JUDICIAL DISTRICT |

FILED 21 JUL -1 AM 48

# ORDER GRANTING PLAINTIFF'S MOTION SEEKING PERMISSION FOR NON-RESIDENT ATTORNEY, ANGELA J. NEHMENS, TO PARTICIPATE IN THE ABOVE-CAPTIONED PROCEEDING

On this day, the Court considered Plaintiff's Motion Seeking Permission for Non-Resident Attorney, Angela J. Nehmens, to Participate in the Above-Captioned Proceeding.

IT IS ORDERED, AJUDGED, AND DECREED that Plaintiff's Motion Seeking Permission for Non-Resident Attorney, Angela J. Nehmens, to Participate in the Above-Captioned Proceeding is GRANTED.

Signed this 29 day of June, 2021.

_____
JUDGE PRESIDING

21-CV-0426
DCORGMOT
Order Granting Motion
2219069

**EXHIBIT C-1**

CAUSE NO. **21CV0426**

James Ethridge § IN THE JUDICIAL DISTRICT COURT

vs. § OF GALVESTON COUNTY, TEXAS

Samsung SDI Co., LTD, et al § 405TH DISTRICT COURT

FILED
21 JUL -2 AM 10: 35
Dwight D. Sullivan
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

## DISCOVERY AND DOCKET CONTROL ORDER

1. **9-15-21** New Parties shall be joined and served by this date.

2. **10-15-21** EXPERTS for all Plaintiffs shall be designated by this date.

3. **11-15-21** EXPERTS for all OTHER PARTIES shall be designated by this date (30 days after date Plaintiff's experts are ordered to be designated).

Any party designating a testifying expert witness is **ORDERED** to provide no later than the dates set for such designation, the information set forth in Rule 194.2(f) and a written report prepared by the expert setting the substance of the experts opinions, unless a deposition is taken of the expert

An expert not designated prior to the ordered deadlines shall not be permitted to testify absent a showing of good cause.

4. _____ **DISCOVERY** deadlines controlled by designation of case. Counsel may by written agreement continue discovery beyond this deadline. Such continued discovery, however, will not delay the trial date without the Court's approval.

_____ Level One-(Rule 190.2) Discovery shall be completed 30 days before the date set for trial.

No. of hours per side for oral depositions: _____
No. of written interrogatories that maybe served by any party on another party:
_____ (Excluding interrogatories asking a party to identify or authenticate specified documents).

✓ Level Two-(Rule 190.3) Discovery shall be completed the earlier of 30 days before the date set for trial or 9 months after the date of the first oral deposition of the due date of the first response to written discovery.

_____ Level Three-(Rule 190.4) Discovery shall be completed by this date.

No. of hours per side for oral depositions: **4**
No. of written interrogatories that maybe served by any party on another party:
**25** (Excluding interrogatories asking a party to identify or authenticate specified documents).

5. **11-15-21** Pleadings must be amended or supplemented by this date, except by written agreement of all parties.

6. **12-1-21** Mediation shall be completed by this date. Objections to mediation of the case must be filed within thirty days of this date. Within 5 days of mediating the case, the parties must file a joint statement to the court that they have mediated in good faith and include the date of mediation.

21-CV-0426
DCDOCO
Docket Control Order
2219535

**EXHIBIT C-2**

Any objection to the appointed mediator or any agreements by all parties to mediate with a different mediator must be filed with the court within 10 days of this order. Within this 10 day period, parties must agree upon and name the mediator with whom they will mediate, otherwise the court's appointment will stand.

7. ~~10-21-21~~ Dec. 14, 2021 **DEADLINE TO FILE ALL MOTIONS, except Motions in Limine, AND FOR MOVANT TO SECURE DATES AND TIMES FOR HEARINGS. NO HEARINGS WILL BE SET UNTIL A MOTION AND ORDER SETTING HEARING ARE ON FILE WITH THE CLERK. This includes motions to exclude expert testimony and any other challenges to expert testimony. (Six weeks prior to pre-trial)**

8. 1-24-22 at 9:00 A.M. **Pre-Trial Conference set. At least 3 days before pretrial, parties must file any written objections to witnesses, exhibits or motion in limine. All objections will be heard at pretrial conference. Court will also hear announcement of parties and written motions to continue at this setting. Failure to appear will be grounds for dismissal for want of prosecution or default judgment.**

9. 2-14-22 at 9:00 A.M. **Trial by Jury is set for one-week docket commencing on this date. At least one week prior to pretrial, parties are ordered to exchange the following and discuss what the parties will agree to and what issues are contested:**

    ✓ Proposed jury charge or findings of fact and conclusions of law
    ✓ Motion in Limine
    ✓ Exhibit list
    ✓ Labeled and numbered exhibits
    ✓ Witness lists (inform court at earliest opportunity of scheduling problems relating to witnesses)

10. _____ at _____.m. Trial before Court is set.

Proposed Findings of Fact and Conclusions of Law to be exchanged prior to trial date.

SIGNED on ~~28~~ / July , 20 21 .

_____
JARED S. ROBINSON, JUDGE
405TH JUDICIAL DISTRICT COURT

SIGNED by Counsel and/or Pro Se parties:

_[signature]_ D Firehouse Vapors LLC
_[signature]_ D Amazon
_[signature]_ for PLAINTIFF

CAUSE NO. 21-CV-0426

FILED
21 OCT -7 PM 1:32

| | | |
|---|---|---|
| JAMES ETHRIDGE, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § § | |
| V. | § § | |
| SAMSUNG SDI CO. LTD; AMAZON.COM, INC.; AMAZON.COM SERVICES, INC.; FIREHOUSE VAPORS, LLC. | § § § § § § | GALVESTON COUNTY, TEXAS |
| *Defendants.* | § § § | 405TH JUDICIAL DISTRICT |

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

## AGREED ORDER OF
## DISMISSAL WITHOUT PREJUDICE

ON THIS DAY came on to be heard Plaintiff's Motion to Dismiss without Prejudice as to Defendant FIREHOUSE VAPORS, LLC ("Defendant"). It appears to the Court that Plaintiff JAMES ETHRIDGE ("Plaintiff") no longer wishes to pursue this matter against Defendant.

IT IS THEREFORE ORDERED that the action and claims of Plaintiff against Defendant, FIREHOUSE VAPORS, LLC are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that all parties shall bear their own courts costs, expenses, mediation fees, and attorneys' fees.

SIGNED this __7__ day of __October__, 2021.

_____
Judge Presiding

21-CV-0426
DCAGODNF
Agreed Order of Dismissal — Non Final
2258471

EXHIBIT
C-3

**AGREED:**

EILAND & BONNIN, PC
  A. Craig Eiland
  ceiland@eilandlaw.com
1220 Colorado, Suite 300
Austin, Texas 78701
(512) 482-3260; Fax (512) 482-3261

Angela J. Nehmens
  anehmens@levinsimes.com
Levin Simes Abrams, LLP
*Admitted Pro Hac Vice*
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
(415) 426-3000; Fax (415) 426-3001

By _/s/ A. Craig Eiland_
    A. Craig Eiland

*ATTORNEYS FOR PLAINTIFF*

MILLER, SCAMARDI & CARRABA, P.C.
  Luke C. Carrabba
  e-service@msc-laywer.com
6525 Washington Avenue
Houston, Texas 77007
(713) 861-3595; Fax (713) 861-3596

By _/s/ Luke Carrabba_
    Luke C. Carrabba

*ATTORNEY FOR DEFENDANT*
*FIREHOUSE VAPORS, LLC*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tereasa Hardy on behalf of A. Craig Eiland
Bar No. 6502380
thardy@eilandlaw.com
Envelope ID: 57717323
Status as of 9/29/2021 2:56 PM CST

Associated Case Party: James Ethridge

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allen Eiland | 6502380 | ceiland@eilandlaw.com | 9/29/2021 2:51:50 PM | SENT |
| Patrick Gurski | | pgurski@eilandlaw.com | 9/29/2021 2:51:50 PM | SENT |
| Cynthia Rice | | crice@eilandlaw.com | 9/29/2021 2:51:50 PM | SENT |
| Angela J.Nehmens | | anehmens@levinsimes.com | 9/29/2021 2:51:50 PM | SENT |
| Luke Charles Carrabba | 3869050 | e-service@msc-lawyer.com | 9/29/2021 2:51:50 PM | SENT |

Associated Case Party: Samsung SDI Co. Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William R.Moye | | WMoye@thompsoncoe.com | 9/29/2021 2:51:50 PM | SENT |
| Tanya White | | twhite@thompsoncoe.com | 9/29/2021 2:51:50 PM | SENT |
| William Moye | | wmoye.service@thompsoncoe.com | 9/29/2021 2:51:50 PM | SENT |

Associated Case Party: Amazon.com Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ahna Simms | | ASimms@munsch.com | 9/29/2021 2:51:50 PM | SENT |

Associated Case Party: Amazon.com, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clifford Harrison | | charrison@munsch.com | 9/29/2021 2:51:50 PM | SENT |
| Heather Valentine | | hvalentine@munsch.com | 9/29/2021 2:51:50 PM | SENT |
| Herbie Montalvo | | HMontalvo@munsch.com | 9/29/2021 2:51:50 PM | SENT |