Filed: 9/29/2021 2:51 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 57717323
By: Shailja Dixit
9/29/2021 2:55 PM

CAUSE NO. 21-CV-0426

| | | |
|---|---|---|
| JAMES ETHRIDGE, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | |
| | § | |
| SAMSUNG SDI CO. LTD; AMAZON.COM, INC.; AMAZON.COM SERVICES, INC.; FIREHOUSE VAPORS, LLC. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| *Defendants*. | § | |
| | § | 405TH JUDICIAL DISTRICT |

## **PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiff JAMES ETHRIDGE ("Plaintiff") and makes and file this Motion to Dismiss without Prejudice as to Defendant FIREHOUSE VAPORS, LLC ("Defendant"), in the above-referenced cause and in support thereof, would respectfully show as follows:

1. Plaintiff no longer wishes to pursue this matter against Defendant, Firehouse Vapors, LLC. Therefore, Plaintiff respectfully moves the Court to dismiss the above-referenced cause without prejudice.

2. Plaintiff respectfully request this Court enter an order dismissing the above-referenced cause without prejudice against Defendant, Firehouse Vapors, LLC, and taxing all costs of court, expenses, mediation fees, and attorneys' fees against the party incurring same.



SIGNED this 29th day of September 2021.

    Respectfully submitted,

    EILAND & BONNIN, PC

    By *A. Craig Eiland*
    A. Craig Eiland
    ceiland@eilandlaw.com
    1220 Colorado, Suite 300
    Austin, Texas 78701
    (512) 482-3260; Fax (512) 482-3261

    Angela J. Nehmens
    LEVIN SIMES ABRAMS, LLP
    *Admitted Pro Hac Vice*
    anehmens@levinsimes.com
    1700 Montgomery Street, Suite 250
    San Francisco, CA 94111
    (415) 426-3000; Fax (415) 426-3001
    ***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

This is to certify true and correct copies of *Plaintiff's Motion to Dismiss without Prejudice* were this 29th day of September 2021, served electronically on all known counsel of record, identified below, pursuant to TEX. R. CIV. P. 21a(a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager, then service shall be accomplished pursuant to TEX. R. CIV. P. 21a(a)(2):

Luke C. Carrabba
e-service@msc-lawyer.com
Miller, Scamardi, & Carraba, P.C.
6525 Washington Avenue
Houston, Texas 77007
(713) 861-3595; Fax (713) 861-3596
*ATTORNEYS FOR DEFENDANT*
*FIREHOUSE VAPORS, LLC*

Clifford L. Harrison
charrison@munsch.com
Munsch Hardt Kope & Harr, P.C.
700 Milam, Suite 2700
Houston, Texas 77002
(713) 222-1470; Fax (713) 222-1475
*ATTORNEYS FOR DEFENDANTS*
*AMAZON.COM, INC. AND AMAZON.COM SERVICES, INC.*

William R. Moye
wmoye@thompsoncoe.com
Tanya N. White
twhite@thompsoncoe.com
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210; Fax (713) 403-8299
E-service: wmoye.service@thompsoncoe.com
*ATTORNEYS FOR DEFENDANT*
*SAMSUNG SDI CO., LTD.*

_____
A. Craig Eiland

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tereasa Hardy on behalf of A. Craig Eiland
Bar No. 6502380
thardy@eilandlaw.com
Envelope ID: 57717323
Status as of 9/29/2021 2:56 PM CST

Associated Case Party: James Ethridge

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Luke Charles Carrabba | 3869050 | e-service@msc-lawyer.com | 9/29/2021 2:51:50 PM | SENT |
| Allen Eiland | 6502380 | ceiland@eilandlaw.com | 9/29/2021 2:51:50 PM | SENT |
| Patrick Gurski | | pgurski@eilandlaw.com | 9/29/2021 2:51:50 PM | SENT |
| Cynthia Rice | | crice@eilandlaw.com | 9/29/2021 2:51:50 PM | SENT |
| Angela J.Nehmens | | anehmens@levinsimes.com | 9/29/2021 2:51:50 PM | SENT |

Associated Case Party: Samsung SDI Co. Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William R.Moye | | WMoye@thompsoncoe.com | 9/29/2021 2:51:50 PM | SENT |
| Tanya White | | twhite@thompsoncoe.com | 9/29/2021 2:51:50 PM | SENT |
| William Moye | | wmoye.service@thompsoncoe.com | 9/29/2021 2:51:50 PM | SENT |

Associated Case Party: Amazon.com Services, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ahna Simms | | ASimms@munsch.com | 9/29/2021 2:51:50 PM | SENT |

Associated Case Party: Amazon.com, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clifford Harrison | | charrison@munsch.com | 9/29/2021 2:51:50 PM | SENT |
| Heather Valentine | | hvalentine@munsch.com | 9/29/2021 2:51:50 PM | SENT |
| Herbie Montalvo | | HMontalvo@munsch.com | 9/29/2021 2:51:50 PM | SENT |

CAUSE NO. 21-CV-0426

| | | |
|---|---|---|
| JAMES ETHRIDGE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| SAMSUNG SDI CO. LTD; | § | GALVESTON COUNTY, TEXAS |
| AMAZON.COM, INC.; | § | |
| AMAZON.COM SERVICES, INC.; | § | |
| FIREHOUSE VAPORS, LLC | § | 405TH JUDICIAL DISTRICT |

## ORDER
### GRANTING DEFENDANT, FIREHOUSE VAPORS, LLC., MOTION TO DISMISS,

TO THE HONORABLE JUDGE OF SAID COURT:

CAME ON TO BE HEARD the Defendant, **Firehouse Vapors, LLC**, Motion to Dismiss Pursuant to TEX. R. CIV. P. 91a filed herein. After reading said Motion, the Court is of the opinion that said Motion is meritorious and should be GRANTED. It is therefore,

ORDERED that Defendant, **Firehouse Vapors, LLC**, Motion to Dismiss Pursuant to TEX. R. CIV. P. 91a is hereby granted and that Plaintiff take nothing from Defendant, Firehouse Vapors, LLC.

SIGNED on this _____ day of _____, 2021.

JUDGE PRESIDING

EXHIBIT H-2

APPROVED:

_____
Luke C. Carrabba
SBN: 03869050
Miller, Scamardi & Carrabba, P.C.
6525 Washington Ave.
Houston, Texas 77007
Phone: (713) 861-3595
Fax: (713) 861-3596
**ATTORNEY FOR DEFENDANT,
FIREHOUSE VAPORS, LLC**