United States District Court
Southern District of Texas
**ENTERED**
December 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMES ETHRIDGE, § § Plaintiff, § VS. § SAMSUNG SDI CO., LTD., *et al.*, § § Defendants. § | CIVIL ACTION NO. 3:21-CV-306 |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FIREHOUSE VAPORS, LLC

On December 7, 2021, the plaintiff filed a notice of voluntary dismissal as to its claims against Firehouse Vapors, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 10.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against Firehouse Vapors, LLC in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 8th day of December, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE