United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES ETHRIDGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-306 |
| | § | |
| SAMSUNG SDI CO., LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MACROMALL, LLC

On February 16, 2022, the plaintiff filed a notice of voluntary dismissal as to its claims against Macromall, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 22.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against Macromall, LLC, in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each side to bear its own costs and fees.

Signed on Galveston Island this 16th day of February, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE