IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES ETHRIDGE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-00306 |
| SAMSUNG SDI CO., LTD; AMAZON.COM, INC.; AMAZON.COM SERVICES, INC.; FIREHOUSE VAPORS, LLC; MACROMALL LLC; and DOES 1-50, | § § § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File a Second Amended Complaint and for Reconsideration [Dkt. #36]. After considering the Motion, Response, applicable law, and the argument of counsel, if any, the Court is of the opinion that it should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint and for Reconsideration [Dkt. #36] is DENIED.

SIGNED this _____ day of _____, 2022.

_____
United States Judge Presiding

1